AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ District of _____ALABAMA_____

HEATHER WATTS

V.

HOSPITALITY VENTURES, LLC

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: CV 2:06-cv- 1149 -MEF

TO: (Name and address of Defendant)

HOSPITALITY VENTURES, LLC
C/O MORRIS, MANNING & MARTIN
1600 ATLANTA FINANCIAL CENTER
3343 PEACHTREE ROAD NE
ATLANTA GA 30326-1044

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRISCILLA BLACK DUNCAN
P.B. DUNCAN & ASSOCIATES, LLC
472 S. LAWRENCE, STE. 204
MONTGOMERY AL 36104

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  12/28/06