IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.: 2:06CV1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
| Defendant. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME**

NOW COMES Defendant Hospitality Ventures, LLC ("Defendant") and, pursuant to Fed. R. Civ. P. 6, moves to extend the time period within which Defendant may timely answer, move, or otherwise respond to Plaintiff's Complaint through and including February 16, 2007. Plaintiff's counsel has expressly consented to this Motion, and there will be no prejudice to any party by granting this extension.

This 24th day of January, 2007.

[SIGNATURE OF COUNSEL ON NEXT PAGE]

Respectfully submitted,

/s/ Jeffrey Lee
Jeffrey Lee
Alabama Bar No.
Maynard, Cooper & Gale, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 35203-2618
Tel: (205) 254-1000
Fax: (205) 254-1999

R. Jason D'Cruz
Georgia Bar Number 004740
(Pro Hac Vice Application Pending)
Daniel S. Fellner
Georgia Bar Number 257795
(Pro Hac Vice Application Pending)
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Tel: (404) 233-7000
Fax: (404) 365-9532

Attorneys for Defendant
HOSPITALITY VENTURES, LLC

```
                IN THE UNITED STATES DISTRICT COURT
                   MIDDLE DISTRICT OF ALABAMA
                       NORTHERN DIVISION
```

HEATHER WATTS,                      )
                                    )
    Plaintiff,                      )
                                    )
vs.                                 )    Case No.: 2:06CV1149-MEF
                                    )
HOSPITALITY VENTURES, LLC,          )
                                    )
    Defendant.                      )

**CERTIFICATE OF SERVICE**

I certify that on January 24th, 2007, I served a copy of CONSENT MOTION FOR EXTENSION OF TIME and proposed ORDER on Plaintiff by filing a copy with the CM/ECF system, which electronically served this document on:

> Priscilla Black Duncan, Esq.
> P.B. Duncan & Associates, LLC
> 472 S. Lawrence
> Suite 204
> Montgomery, Alabama 36104
> helzphar@mindspring.com

_____
Attorney for Defendant Hospitality Ventures, LLC

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 2:06CV1149-MEF |
| ) | |
| HOSPITALITY VENTURES, LLC, ) | |
| ) | |
| Defendant. ) | |

ORDER

THIS CAUSE having come before the Court on Defendant's Consent Motion for Extension of Time pursuant to Federal Rule of Civil Procedure 6 seeking to extend the time period within which Defendant may timely answer, move, or otherwise respond to Plaintiff's Complaint through and including February 16, 2007, and

Having considered that Motion and finding cause for granting that Motion, it is hereby GRANTED.

Defendant must answer, move, or otherwise respond to Plaintiff's Complaint on or before February 16, 2007.

This ____ day of January, 2007.

_____
UNITED STATES DISTRICT COURT