IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **HEATHER WATTS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| v. | ) CASE NO.: 2:06-cv-1149-MEF |
| | ) |
| **HOSPITALITY VENTURES, LLC.,** | ) |
| | ) |
| **Defendants.** | ) |

## MOTION TO ADMIT ATTORNEYS PRO HAC VICE

Comes now Jeffrey A. Lee, a member of the Bar of this Court and an attorney of record for Defendant, Hospitality Ventures, LLC, and moves this Honorable Court to admit attorneys Robert Jason D'Cruz and Daniel S. Fellner *pro hac vice*.

As grounds for this motion, movant states that Mr. D'Cruz is an attorney who regularly practices with the law firm of Morris, Manning & Martin, LLP, at the firm's office located at 1600 Atlanta Financial Center, 3343 Peachtree Road, NE, Atlanta, Georgia 30326.  Mr. D'Cruz is a member of the Georgia state bar and the bars for the American Bar Association, Atlanta Bar Association and U.S. District Court for the Northern District of Georgia.  Mr. D'Cruz is admitted to practice before the United States District Court for the district (Northern District of Georgia) in which he resides and regularly practices law.  Attached is a Certificate of Good Standing for Mr. D'Cruz from the United States District Court for the Northern District of Georgia.

Mr. Fellner is an attorney who regularly practices with the law firm of Morris, Manning & Martin, LLP, at the firm's office located at 1600 Atlanta Financial Center, 3343 Peachtree Road, NE, Atlanta, Georgia 30326.  Mr. Fellner is a member of the Georgia state bar and the Florida state bar and for the U.S. District Court for the Northern District of Georgia.  Mr. Fellner is admitted to practice before the United States District Court for the district (Northern District of

Georgia) in which he resides and regularly practices law. Attached is a Certificate of Good Standing for Mr. Fellner from the United States District Court for the Northern District of Georgia.

/s/ Jeffrey A. Lee.
Jeffrey A. Lee
Attorney for Defendant Hospitality Ventures, LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
2400 AmSouth/Harbert Plaza
1901 Sixth Avenue North
Birmingham, Alabama 32503
Telephone: (205) 254-1000
Facsimile: (205) 254-1999

**CERTIFICATE OF SERVICE**

I hereby certify that on January 24, 2007, I electronically filed the foregoing Motion to Admit Attorneys *Pro Hac Vice* with the Clerk of Court using the CM/ECF system and that the Court's electronic filing system will send notification of such filing to all counsel of record.

Priscilla Black Duncan, Esq
P.B. Duncan & Associates, LLC
472 South Lawerence
Suite 204
Montgomery, Alabama 36104
Telephone: (334) 264-9679

R. Jason D'Cruz, Esq.
Daniel S. Fellner, Esq.
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtreet Road, NE
Atlanta, Georgia 30326-1044
Telephone: (404) 233-7000

/s/ Jeffrey A. Lee
Of Counsel



# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA          }
                                                              } ss.
NORTHERN DISTRICT OF GEORGIA      }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **ROBERT JASON D'CRUZ, 4740,** was duly admitted to practice in said Court on December 10, 1991 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 17th day of January, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: _Eugene T. Thornton_
Eugene T. Thornton
Deputy Clerk





# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA            }
                                    } ss.
NORTHERN DISTRICT OF GEORGIA        }

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **DANIEL S. FELLNER, 257795,** was duly admitted to practice in said Court on March 3, 1997 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 17th day of January, 2007.

JAMES N. HATTEN
CLERK OF COURT

By: *Eugene T. Thornton*
Eugene T. Thornton
Deputy Clerk

