IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Admit Attorneys Robert Jason D'Cruz and Daniel S. Fellner *Pro Hac Vice* (Doc. #4) filed on January 24, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 26th day of January, 2007.

                                              /s/ Mark E. Fuller
                                       CHIEF UNITED STATES DISTRICT JUDGE