IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )  Case No.: 2:06CV1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
|     Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TIME**

NOW COME Plaintiff Heather Watts and Defendant Hospitality Ventures, LLC and, pursuant to Fed. R. Civ. P. 6, move to extend the time period within which Defendant may timely answer, move, or otherwise respond to Plaintiff's Complaint through and including March 2, 2007. There will be no prejudice to any party by granting this extension.

This ___ day of February, 2007.

[SIGNATURES OF COUNSEL ON NEXT PAGE]

Respectfully submitted,

| | |
|---|---|
| /s/ Priscilla Black Duncan | /S/ Jeffrey Lee |
| Priscilla Black Duncan, Esq. (DUN033) | Jeffrey Lee |
| P.B. Duncan & Associates, LLC | Maynard, Cooper & Gale, P.C. |
| 472 S. Lawrence Street | 2400 AmSouth/Harbert Plaza |
| Suite 204 | 1901 Sixth Avenue North |
| Montgomery, Alabama 36104 | Birmingham, Alabama 35203-2618 |
| Tel: (334) 264-9679 | Tel: (205) 254-1000 |
| Fax: (334) 264-9643 | Fax: (205) 254-1999 |
| Attorney for Plaintiff HEATHER WATTS | R. Jason D'Cruz |
| | Georgia Bar Number 004740 |
| | Admitted Pro Hac Vice |
| | Daniel S. Fellner |
| | Georgia Bar Number 257795 |
| | Admitted Pro Hac Vice |
| | Morris, Manning & Martin, LLP |
| | 1600 Atlanta Financial Center |
| | 3343 Peachtree Road, N.E. |
| | Atlanta, Georgia 30326-1044 |
| | Tel: (404) 233-7000 |
| | Fax: (404) 365-9532 |
| | Attorneys for Defendant HOSPITALITY VENTURES, LLC |

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HEATHER WATTS,                     )
                                   )
    Plaintiff,                     )
                                   )
vs.                                )   Case No.: 2:06CV1149-MEF
                                   )
HOSPITALITY VENTURES, LLC,         )
                                   )
    Defendant.                     )

**CERTIFICATE OF SERVICE**

I certify that on February ___, 2007, I served a copy of CONSENT MOTION FOR EXTENSION OF TIME and proposed ORDER on Plaintiff by filing a copy with the CM/ECF system, which electronically served this document on:

    Priscilla Black Duncan, Esq.
    P.B. Duncan & Associates, LLC
    472 S. Lawrence
    Suite 204
    Montgomery, Alabama 36104
    helzphar@mindspring.com

                /S/ Jeffrey Lee
                Attorney for Defendant Hospitality
                Ventures, LLC

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Case No.: 2:06CV1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
| Defendant. | ) |

ORDER

THIS CAUSE having come before the Court on the parties' Joint Motion for Extension of Time pursuant to Federal Rule of Civil Procedure 6 seeking to extend the time period within which Defendant may timely answer, move, or otherwise respond to Plaintiff's Complaint through and including March 2, 2007, and

Having considered that Motion and finding cause for granting that Motion, it is hereby GRANTED.

Defendant must answer, move, or otherwise respond to Plaintiff's Complaint on or before March 2, 2007.

This ___ day of February, 2007.

_____
UNITED STATES DISTRICT COURT