IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
|    Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
|    Defendant. | ) |

## **O R D E R**

Upon consideration of the Joint Motion for Extension of Time (Doc. #8) filed on February 15, 2007, it is hereby

ORDERED that the motion is GRANTED to and including March 2, 2007.

DONE this the 15th day of February, 2007.

                                                /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE