IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| Heather Watts, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06CV1149-MEF |
| | ) |
| Hospitality Ventures, LLC, | ) |
| | ) |
|     Defendant. | ) |

**CORPORATE DISCLOSURE STATEMENT**

NOW COMES Hospitality Ventures, LLC and, pursuant to the Court's Standing Order Civil Misc. No. 3047 and Federal Rule of Civil Procedure 7.1, states that it has no parent, subsidiary, or affiliate companies that have issued shares to the public. In addition, no publicly held corporation owns 10% or more of its stock.

**[SIGNATURE OF COUNSEL ON NEXT PAGE]**

1611347

This 2nd day of March, 2007.

        Respectfully submitted,

        Jeffrey A. Lee
        Maynard, Cooper & Gale, P.C.
        1901 Sixth Avenue North
        2400 AmSouth/Harbert Plaza
        Birmingham, Alabama 35203-2618
        Telephone: (205) 254-1987
        Fax: (205) 254-1999

        _s/ Daniel S. Fellner_
        R. Jason D'Cruz
        Admitted Pro Hac Vice
        Daniel S. Fellner
        Admitted Pro Hac Vice
        Morris, Manning & Martin, LLP
        1600 Atlanta Financial Center
        3343 Peachtree Road, N.E.
        Atlanta, Georgia 30326-1044
        Telephone: (404) 233-7000
        Fax: (404) 365-9532


        Attorneys for Hospitality Ventures, LLC

1611347

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

Heather Watts,                )
                              )
    Plaintiff,                )
                              )
v.                            )    CASE NO. 2:06CV1149-MEF
                              )
Hospitality Ventures, LLC,    )
                              )
    Defendant.                )

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing "Corporate Disclosure Statement" with the Clerk of the Court using the CM/ECF system, which will automatically notify the following of such filing:

>   Priscilla Black Duncan
>   P.B. Duncan & Associates, LLC
>   472 Lawrence Street
>   Suite 204
>   Montgomery, Alabama 36104
>   helzphar@mindspring.com

This 2nd day of March, 2007.

                                                   s/ Daniel S. Fellner
                                                 Attorney for Hospitality Ventures, LLC