# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHEAST DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL ACTION NO.: |
| | )   2:06-cv-1149-MEF |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
|    Defendant. | ) |

## NOTICE OF APPEARANCE

COMES Now Alicia K. Haynes, and files this appearance as counsel for Plaintiff, Heather Watts.

                                        /s/ Alicia K. Haynes
                                        Alicia K. Haynes
                                        Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama   35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that on the 12th day of March, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel S. Fellner
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Jeffrey Allen Lee
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

R. Jason D'cruz
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

              /s/ Alicia K. Haynes
              OF COUNSEL