IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion for Partial Summary Judgment (Doc. #13) filed on March 26, 2007, it is hereby

ORDERED that the motion be submitted without oral argument on April 20, 2007.

It is further ORDERED that the plaintiff file a response which shall include a brief and any evidentiary materials on or before April 13, 2007. The defendants may file a reply brief on or before April 20, 2007.

*The parties are advised that if they electronically file exhibits in support of or in opposition to this motion and those exhibits total more than twenty-five (25) pages, they are required to submit a paper courtesy copy of the exhibits to the Chambers of the undersigned.*

DONE this 2nd day of April, 2007.

                                                /s/ Mark E. Fuller
                                  CHIEF UNITED STATES DISTRICT JUDGE