IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:06-cv-1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of the Plaintiff's Motion for Limited Discovery (Doc. # 18) filed on April 13, 2007, it is hereby ORDERED as follows:

(1) The Motion for Limited Discovery (Doc. # 18) is GRANTED.

(2) The parties shall be allowed limited discovery on the issue of jurisdiction -- whether the Plaintiff is an eligible employee and the Defendant an eligible employer under the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.* -- until July 27, 2007.

It is further ORDERED that the plaintiff file an amended response to the motion for partial summary judgment on or before August 10, 2007. The defendants may file a reply brief on or before August 17, 2007.

DONE this the 24th day of May 2007.

                                                      /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE