IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HEATHER WATTS,                    )
                                  )
        Plaintiff,                )
                                  )
v.                                )        CIVIL ACTION NO.  2:06cv1149-MEF
                                  )
HOSPITALITY VENTURES, LLC,        )
                                  )
        Defendant.                )

**ORDER**

Upon consideration of the plaintiff's emergency motion for protective order and

motion for sanctions (doc. # 21), it is

ORDERED that this matter be and is hereby set for oral argument on June 29, 2007,

at 9:00 a.m.  This proceeding shall be conducted by telephone conference.  The plaintiff shall

set up the telephone conference.

Done this 27th day of June, 2007.


        /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE