IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HEATHER WATTS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 2:06CV1149-MEF |
| | ) | |
| HOSPITALITY VENTURES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

### CONSENT MOTION FOR EXTENSION OF TIME

NOW COMES Hospitality Ventures, LLC and, pursuant to Fed. R. Civ. P. 6, moves to extend the deadlines set in the Court's September 19, 2007, Order, and shows the Court as follows:

1.    On September 12, 2007, Hospitality Ventures filed its Motion for Summary Judgment and Brief in Support of Motion for Summary Judgment.

2.    On September 19, 2007, the Court issued its Order setting the briefing deadlines for that Motion as follows:

   A.    On or before Wednesday, October 3, 2007, Plaintiff shall file a response brief and evidentiary materials; and

   B.    On or before Wednesday, October 10, 2007, Defendant may file a reply brief.

3.    Hospitality Ventures' counsel, Daniel S. Fellner, has an out-of-town vacation previously scheduled for Thursday, October 4 through Sunday, October 7.

1749571 v02

4.    Hospitality Ventures requests that the briefing deadlines set in the Court's September 19, 2007, Order be extended two (2) days each, as follows:

      A.    On or before Friday, October 5, 2007, Plaintiff shall file a response brief and evidentiary materials; and

      B.    On or before Friday, October 12, 2007, Defendant may file a reply brief.

5.    Plaintiff's counsel has expressly consented to this Motion, and there will be no prejudice to any party by granting this extension.

This 20th day of September, 2007.

                  Respectfully submitted,

                  Jeffrey Lee
                  Alabama Bar No.
                  Maynard, Cooper & Gale, P.C.
                  2400 AmSouth/Harbert Plaza
                  1901 Sixth Avenue North
                  Birmingham, Alabama 35203-2618
                  Tel: (205) 254-1000
                  Fax: (205) 254-1999

                    s/ Daniel S. Fellner
                  R. Jason D'Cruz
                  (Admitted Pro Hac Vice)
                  Daniel S. Fellner
                  (Admitted Pro Hac Vice)
                  Morris, Manning & Martin, LLP
                  1600 Atlanta Financial Center
                  3343 Peachtree Road, N.E.
                  Atlanta, Georgia 30326-1044
                  Tel: (404) 233-7000
                  Fax: (404) 365-9532

                  Attorneys for Defendant
                  HOSPITALITY VENTURES, LLC

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HEATHER WATTS,                          )
                                        )
        Plaintiff,                      )
                                        )
vs.                                     )       Case No.: 2:06CV1149-MEF
                                        )
HOSPITALITY VENTURES, LLC,              )
                                        )
        Defendant.                      )

ORDER

THIS CAUSE having come before the Court on Defendant's Consent Motion for Extension of Time pursuant to Federal Rule of Civil Procedure 6 seeking to extend the briefing deadlines set in the Court's September 19, 2007, Order, and having considered that Motion and finding cause for granting that Motion, it is hereby GRANTED.

     A.  On or before Friday, October 5, 2007, Plaintiff shall file a brief and evidentiary materials in response to Defendant's Motion for Summary Judgment; and

     B.  On or before Friday, October 12, 2007, Defendant may file a reply brief.

Done this ___ day of September, 2007.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1749571 v02

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

HEATHER WATTS,                          )
                                        )
      Plaintiff,                        )
                                        )
vs.                                     )     Case No.: 2:06CV1149-MEF
                                        )
HOSPITALITY VENTURES, LLC,              )
                                        )
      Defendant.                        )

**CERTIFICATE OF SERVICE**

I certify that this day I electronically filed the foregoing
CONSENT MOTION FOR EXTENSION OF TIME and proposed ORDER with the
Clerk of the Court using the CM/ECF system, which will notify the
following of such filing:

> Priscilla Black Duncan
> P.B. Duncan & Associates
> 472 S. Lawrence, Suite 204
> Montgomery, AL  36104
> helzphar@mindspring.com
>
> Alicia K. Haynes
> Haynes & Haynes, P.C.
> 1600 Woodmere Drive
> Birmingham, Alabama 35226
> akhaynes@haynes-haynes.com

This 20th day of September, 2007.

                          s/ Daniel S. Fellner
                    Attorney for Defendant Hospitality
                    Ventures, LLC

1749571 v02