IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

Upon consideration of the defendant's Consent Motion for Extension of Time (Doc. #36) filed on September 20, 2007, it is hereby

ORDERED that the motion is GRANTED. The plaintiff shall file a response to the defendant's motion for summary judgment, which shall include a brief and any evidentiary materials, on or before October 5, 2007. The defendant may file a reply brief on or before October 12, 2007.

DONE this 21st day of September, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE