IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the plaintiff's Motion to Strike Affidavits of Undisclosed Witnesses in Their Entirety and Motion for Protective Order (Doc. #38) filed on October 5, 2007, and the response of the defendant thereto (Doc. #42) filed on November 7, 2007, it is hereby

ORDERED that the plaintiff file a reply to the defendant's response on or before November 19, 2007.

DONE this the 14th day of November, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE