IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHEAST DIVISION

| | |
|---|---|
| **HEATHER WATTS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 2:06-cv-1149-MEF |
| **HOSPITALITY VENTURES, LLC,** | ) |
| | ) |
| Defendant. | ) |

**PLAINTIFF'S MOTION TO EXTEND
DEADLINE TO REPLY TO
DEFENDANT'S RESPONSE TO PLAINTIFF'S
MOTION TO STRIKE AFFIDAVITS
OF UNDISCLOSED WITNESSES
IN THEIR ENTIRETY AND MOTION
FOR PROTECTIVE ORDER**

COMES Now the Plaintiff, Heather Watts, and moves this Honorable Court to extend the deadline for replying to Defendant's response to Plaintiff's Motion to Strike Affidavits of Undisclosed Witnesses in Their Entirety and Motion for Protective Order by two (2) days.  In support of this motion, Plaintiff states the following:

1. Plaintiff filed her Motion to Strike Affidavits of Undisclosed Witnesses in Their Entirety and Motion for Protective Order (Doc. 38) on October 5, 2007.

2.  Defendant filed its response (Doc. 42) to Plaintiff's motion on November 7, 2007.

3.  This Court entered an order (Doc. 43) on November 14, 2007, allowing Plaintiff until November 19, 2007, to file a reply.

4.  Counsel for Plaintiff will be in trial on November 19 and 20, 2007, in Shelby County, Alabama, on a previously scheduled matter.

5.  Counsel for Plaintiff requests an extension of two (2) days to file her reply.

6.  Due to the late hour of the filing of this motion, Plaintiff is unable to state Defendant's position on this matter.

WHEREFORE, for reasons cited above, Plaintiff requests this Honorable Court to grant Plaintiff a two-day extension to file Plaintiff's reply currently due November 19, 2007.

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama   35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 18th day of November, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel S. Fellner
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Jeffrey Allen Lee
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

R. Jason D'cruz
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

                                                /s/ Alicia K. Haynes
                                                OF COUNSEL