IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )    CASE NO. 2:06-cv-1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
|     Defendant. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion to Extend Deadline (Doc. # 44), it is hereby ORDERED that

the motion is GRANTED. Plaintiff shall file a reply to Defendant's response (Doc. # 42) on or before November 21, 2007.

Done on this 19th day of November, 2007.

                                                  /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE