# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHEAST DIVISION

| | |
|---|---|
| **HEATHER WATTS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 2:06-cv-1149-MEF |
| **HOSPITALITY VENTURES, LLC,** | ) |
| | ) |
| Defendant. | ) |

## NOTICE CONCERNING SETTLEMENT
## CONFERENCE AND MEDIATION

Pursuant to this court's Uniform Scheduling Order dated April 12, 2007, the parties in the above-referenced matter conducted a settlement conference, at which counsel engaged in good faith settlement negotiations. The parties have been unable to settle the matter, but are continuing negotiations. At this time, the parties cannot make a decision relative to mediation. If the parties feel that mediation will be helpful, the parties will apprise the court at that time.

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama 35226
Phone: (205) 879-0377
Fax: (205) 879-3572
E-mail: akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 3rd day of December, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Daniel S. Fellner
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

Jeffrey Allen Lee
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

R. Jason D'cruz
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

                                                /s/ Alicia K. Haynes
                                                OF COUNSEL