IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| Heather Watts, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CASE NO. 2:06CV1149-MEF |
| | ) |
| Hospitality Ventures, LLC, | ) |
| | ) |
|     Defendant. | ) |

**MOTION FOR WITHDRAWAL OF COUNSEL**

NOW COMES Hospitality Ventures, LLC and, pursuant to Local Rule 83.1(e), files this Motion for Withdrawal of Counsel, and states:

1. Effective December 14, 2007, Daniel S. Fellner, one of Hospitality Ventures' counsel in this matter, is terminating his employment with the law firm Morris, Manning & Martin, LLP.

2. As a result, effective December 14, 2007, Mr. Fellner will cease to represent Hospitality Ventures.

3. Mr. Fellner has notified Hospitality Ventures of his intended withdrawal and the cessation of representation, and Hospitality Ventures consents to such withdrawal and cessation of representation.

4. Both Jeff Lee and R. Jason D'Cruz presently represent Hospitality Ventures in this matter, and will continue to represent Hospitality Ventures in this matter.

5. Accordingly, Hospitality Ventures moves that the Court

1843258

permit Daniel S. Fellner to withdraw as its counsel in this matter effective December 14, 2007.

This \_13th\_ day of December, 2007.

>Respectfully submitted,
>
>Jeffrey A. Lee
>Maynard, Cooper & Gale, P.C.
>1901 Sixth Avenue North
>2400 AmSouth/Harbert Plaza
>Birmingham, Alabama 35203-2618
>Telephone: (205) 254-1987
>Fax: (205) 254-1999
>
> s/ Daniel S. Fellner
>R. Jason D'Cruz
>Admitted Pro Hac Vice
>Daniel S. Fellner
>Admitted Pro Hac Vice
>Morris, Manning & Martin, LLP
>1600 Atlanta Financial Center
>3343 Peachtree Road, N.E.
>Atlanta, Georgia 30326-1044
>Telephone: (404) 233-7000
>Fax: (404) 365-9532
>
>Attorneys for Hospitality Ventures, LLC

```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF ALABAMA
                      MONTGOMERY DIVISION

Heather Watts,                  )
                                )
      Plaintiff,                )
                                )
v.                              )     CASE NO. 2:06CV1149-MEF
                                )
Hospitality Ventures, LLC,      )
                                )
      Defendant.                )
```

CERTIFICATE OF SERVICE

I certify that this day I electronically filed the foregoing MOTION FOR WITHDRAWAL OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will notify:

> Priscilla Black Duncan
> P.B. Duncan & Associates
> 472 S. Lawrence, Suite 204
> Montgomery, AL  36104
> helzphar@mindspring.com

> Alicia K. Haynes
> Haynes & Haynes, P.C.
> 1600 Woodmere Drive
> Birmingham, Alabama 35226
> akhaynes@haynes-haynes.com

This __13th__ day of December, 2007.

          s/ Daniel S. Fellner
          Attorney for Hospitality Ventures, LLC

1843258