IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| HEATHER WATTS, | ) |
| | ) |
|     Plaintiff, | ) |
| v. | )   CASE NO. 2:06-cv-1149-MEF |
| | ) |
| HOSPITALITY VENTURES, LLC, | ) |
| | ) |
|     Defendant. | ) |

## **O R D E R**

Upon consideration of Daniel S. Fellner's Motion for Withdrawal of Counsel (Doc. #48) filed on December 13, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 18th day of December, 2007.

                                                /s/ Mark E. Fuller
                                        CHIEF UNITED STATES DISTRICT JUDGE