# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHEAST DIVISION

| | |
|---|---|
| **HEATHER WATTS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) CIVIL ACTION NO.: |
| | ) 2:06-cv-1149-MEF |
| **HOSPITALITY VENTURES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## PLAINTIFF'S DEPOSITION DESIGNATION

COMES Now, the plaintiff, by and through her attorney, and designates the following depositions to be used at trial:

1. Deposition of Heather Watts.

2. Deposition of Roger Miller.

3. Deposition of Todd Epplin.

Respectfully submitted,

/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff

OF COUNSEL:

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama   35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey Allen Lee
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

R. Jason D'cruz
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

/s/ Alicia K. Haynes
OF COUNSEL