**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHEAST DIVISION**

| | | |
|---|---|---|
| **HEATHER WATTS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **CIVIL ACTION NO.:** |
| | ) | **2:06-cv-1149-MEF** |
| **HOSPITALITY VENTURES, LLC,** | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S WITNESS LIST FOR TRIAL**

COMES Now, the plaintiff, by and through her attorney, and submits her list of witnesses for trial as follows:

**PRIMARY WITNESSES**

1. Heather Watts
   c/o Haynes & Haynes, P.C.
   1600 Woodmere Drive
   Birmingham, Alabama 35226

2. Roger A. Miller
   c/o Hospitality Ventures

3. Amrita Parekh
   c/o Hospitality Ventures

4. Robert Cole
   c/o Hospitality Ventures

5. Tammy Dominguez
   Address currently unknown

6. Jennifer Love
   Address currently unknown

7. Tandi Mitchell
   c/o Hospitality Ventures

8. Todd Epplin
   c/o Hospitality Ventures

9. Carrie Farrell
   Address currently unknown

10. Karen Kish
    c/o Hospitality Ventures

11. Carol Twardoch
    c/o Hospitality Ventures

**SECONDARY WITNESSES**

12. Any custodian of record needed to prove any subpoenaed documents.

13. Any custodian of personnel records at Hospitality Ventures, LLC.

14. Any individual identified in any deposition taken in this matter.

15. Any witness listed in Defendant's Disclosures.

16. Any witness listed on Defendant's Witness List.

17. Any witness needed for rebuttal.

Respectfully submitted,


/s/ Alicia K. Haynes
Alicia K. Haynes
Attorney for Plaintiff

**OF COUNSEL:**

**HAYNES & HAYNES, P.C.**
1600 Woodmere Drive
Birmingham, Alabama   35226
Phone:  (205) 879-0377
Fax:  (205) 879-3572
E-mail:  akhaynes@haynes-haynes.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of January, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jeffrey Allen Lee
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, AL 35203-2618

R. Jason D'cruz
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326

/s/ Alicia K. Haynes
OF COUNSEL