IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| HEATHER WATTS, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1149-MEF |
| | ) | |
| HOSPITALITY VENTURES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S EXHIBIT AND WITNESS LIST

### Witness List:

| NAME | ADDRESS | TELEPHONE NUMBER | EXPECTATION |
|---|---|---|---|
| Roger Miller | May be contacted through Defendant's Counsel | May be contacted through Defendant's Counsel | Witness will be presented |
| Todd Epplin | 5155 Isla Key Blvd. Unit 405 St. Petersburg, FL 33715 | (813) 787-4605 | Witness will be presented |
| Amrita Parekh | 4283 Spring House Ln. Norcross, GA 30092 | (770)446-5418 | Witness may be called if need arises |
| Tandi Mitchell | Address Unknown | (334)567-5453 | Witness may be called if need arises |
| Tammy Dominguez | 114 Fox Run Drive Brunswick, GA 31525 | (912) 506-2718 | Witness will be presented |
| Carol Twardoch | May be contacted through Defendant's Counsel | May be contacted through Defendant's Counsel | Witness will be presented |
| Karen Kisch | May be contacted through Defendant's Counsel | May be contacted through Defendant's Counsel | Witness will be presented |
| Heather Watts | | | Witness will be presented |

**Exhibit List:**

DX1. Email from Roger Miller to Plaintiff (10/31/05)

DX2. Position Statement filed by Montgomery Ventures, LLC

DX3. Email from Roger Miller to Plaintiff (8/2/05)

DX4. Personnel Action form for Jennifer Middleton (1/09/06)

DX5. Email from Roger Miller to Plaintiff Ventures (6/18/04)

DX6. Affidavit of Plaintiff including handwritten notes by Ms. Watts (12/08/05)

DX7. Notes Plaintiff wrote during deposition

DX8. Associate handbook acknowledgement form signed by Plaintiff

DX9. Hospitality Ventures Management, Inc. Associate Handbook

DX10. Alabama Department of Industrial Relations Unemployment Compensation Division's Doctor's Certificate for Plaintiff (11/22/05)

DX11. Plaintiff's 2003 W-2 and other tax documents

DX12. Plaintiff's 2005 W-2 and other tax documents

DX13. Plaintiff's 2006 W-2 and other tax documents

DX14. Plaintiff's pay records from Montgomery Ventures

DX15. Email from Plaintiff to Roger Miller (4/07/05)

DX16. Email from Roger Miller to Plaintiff (4/07/05)

DX17. Email from plaintiff to Megean Carter (7/20/05)

DX18. Email from Plaintiff to Todd Epplin (8/16/05)

DX19. Email from Plaintiff to Roger Miller (8/21/05)

DX20. Email from Plaintiff to Tammy Dominguez (8/29/05)

DX21. Email from Plaintiff to Roger Miller (9/22/05)

DX22. Email from Roger Miller to Plaintiff (9/22/05)

DX23. Email from Roger Miller to Heather Watts (9/22/05)

DX24. Email from Heather Watts to Tammy Dominguez & Roger Miller (9/23/05)

DX25. Email from Plaintiff to Tammy Dominguez (9/27/05)

DX26. Email from Plaintiff to Roger Miller (11/03/05)

DX27. Email from Tammy Dominguez to Plaintiff attaching return to work letter (11/07/05)

DX28. Certification of Certificate of Formation of Hospitality Ventures, LLC from Delaware Secretary of State (7/9/07)

DX29. Certificates of Formation of Hospitality Ventures, LLC

DX30. Cancellation certification of Hospitality Ventures, LLC from Delaware Secretary of State (7/9/07)

DX31. Affidavit of Plaintiff (10/2/07)

This 23rd day of January, 2008.

Respectfully submitted,

Jeffrey A. Lee
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2618
Telephone: (205) 254-1987
Fax: (205) 254-1999

 s/ R. Jason D'Cruz
R. Jason D'Cruz
Admitted Pro Hac Vice
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center

3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Telephone: (404) 233-7000
Fax: (404) 365-9532

Attorneys for Hospitality Ventures, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | |
|---|---|
| Heather Watts, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:06CV1149-MEF |
| | ) |
| Hospitality Ventures, LLC, | ) |
| | ) |
|     Defendant. | ) |

CERTIFICATE OF SERVICE

I certify that this day I electronically filed the foregoing "Defendant's Exhibit and Witness List" with the Clerk of the Court using the CM/ECF system, which will notify:

    Priscilla Black Duncan
    P.B. Duncan & Associates
    472 S. Lawrence, Suite 204
    Montgomery, AL  36104
    helzphar@mindspring.com

    Alicia K. Haynes
    Haynes & Haynes, P.C.
    1600 Woodmere Drive
    Birmingham, Alabama 35226
    akhaynes@haynes-haynes.com

This 23rd  day of January, 2008.

     s/ R. Jason D'Cruz
    Attorney for Hospitality Ventures, LLC