IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| HEATHER WATTS, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. 2:06-cv-1149-MEF |
| | ) | |
| | ) | |
| HOSPITALITY VENTURES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT'S LIST OF DEPOSITIONS AND OTHER DOCUMENTS TO BE USED AT TRIAL**

NOW COMES Defendant Hospitality Ventures, LLC and notifies the Court that it does not expect to use depositions or other documents which have not otherwise been identified by Defendant for any purpose other than impeachment at trial. Defendant reserves its right to agree with Plaintiff or request permission from the Court, upon a showing of good cause, to use such depositions or other documents for a purpose other than impeachment prior to trial.

This 23rd day of January, 2008.

                          Respectfully submitted,

                          Jeffrey A. Lee
                          Maynard, Cooper & Gale, P.C.
                          1901 Sixth Avenue North
                          2400 AmSouth/Harbert Plaza
                          Birmingham, Alabama 35203-2618
                          Telephone: (205) 254-1987
                          Fax: (205) 254-1999

                          s/ R. Jason D'Cruz
                          R. Jason D'Cruz
                          Admitted Pro Hac Vice

                                                    Morris, Manning & Martin, LLP
                                                    1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326-1044
Telephone: (404) 233-7000
Fax: (404) 365-9532

Attorneys for Hospitality Ventures, LLC

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
MONTGOMERY DIVISION

| | | |
|---|---|---|
| Heather Watts, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06CV1149-MEF |
| | ) | |
| Hospitality Ventures, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I certify that this day I electronically filed the foregoing "Defendant's List of Depositions and Other Documents To Be Used At Trial" with the Clerk of the Court using the CM/ECF system, which will notify:

> Priscilla Black Duncan
> P.B. Duncan & Associates
> 472 S. Lawrence, Suite 204
> Montgomery, AL 36104
> helzphar@mindspring.com
>
> Alicia K. Haynes
> Haynes & Haynes, P.C.
> 1600 Woodmere Drive
> Birmingham, Alabama 35226
> akhaynes@haynes-haynes.com

This 23rd day of January, 2008.

 s/ R. Jason D'Cruz
Attorney for Hospitality Ventures, LLC

1867064