```
DUPLICATE

Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004018
Cashier ID: brobinso
Transaction Date: 02/25/2008
Payer Name: PRISCILLA DUNCAN AND ASSOC
------------------------------------
NOTICE OF APPEAL/DOCKETING FEE
 For: PRISCILLA DUNCAN AND ASSOC
 Case/Party: D-ALM-2-06-CV-001149-001
 Amount:         $455.00
------------------------------------
CHECK
 Check/Money Order Num: 1390
 Amt Tendered: $455.00
------------------------------------
Total Due:      $455.00
Total Tendered: $455.00
Change Amt:     $0.00

NOTICE OF APPEAL E-FILED ON 2/25/08
```