Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

June 16, 2008

**Appeal Number: 08-10853-FF**
Case Style: Heather Watts v. Hospitality Ventures, LLC
District Court Number:  06-01149 CV-F-N

TO:   Debra P. Hackett

CC:   Alicia K. Haynes

CC:   R. Jason D'Cruz

CC:   Brian Michael Harris

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia  30303

Thomas K. Kahn
Clerk

For rules and forms visit
www.ca11.uscourts.gov

June 16, 2008

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY  AL  36104-4055

**Appeal Number: 08-10853-FF**
Case Style: Heather Watts v. Hospitality Ventures, LLC
District Court Number:  06-01149 CV-F-N

The enclosed certified copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.  Pursuant to 11th Cir. R. 42-2(c) and 42-3(c), when an appellant fails to timely file or correct a brief or record excerpts, the appeal shall be treated as dismissed on the first business day following the due date. This appeal was treated as dismissed on June 10, 2008.

Counsel and pro se parties are advised that pursuant to Fed.R.App.P. 25(a)(2)(A), a motion to set aside the dismissal and remedy the default "is not timely unless the clerk receives the papers within the time fixed for filing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Marcus Simmons (404) 335-6175

Encl.

DIS-2CIV (4-2008)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

---

No. 08-10853-FF

---

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

JUN 1 6 2008

THOMAS K. KAHN
CLERK

HEATHER WATTS,

           Plaintiff-Appellant,

         versus

HOSPITALITY VENTURES, LLC,

           Defendant-Appellee.

---

Appeal from the United States District Court for the

Middle District Of Alabama

---

ENTRY OF DISMISSAL

Pursuant to 11th Cir.R.42-2(c), this appeal is hereby dismissed for want of prosecution because appellant has failed to file an appellant's brief and record excerpts within the time fixed by the rules, effective this 16th day of June, 2008.

           THOMAS K. KAHN
           Clerk of the United States Court
           of Appeals for the Eleventh Circuit

           By: Marcus Simmons
               Deputy Clerk

           FOR THE COURT - BY DIRECTION

A True Copy - Attested:
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: /s/
Deputy Clerk
Atlanta, Georgia

ORD-40